IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| THOMAS L. HONEYCUTT, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| vs. | ) | Case No. CIV-10-1307-M |
| L. L. YOUNG, District Supervisor, | ) | |
| Respondent. | ) | |

## ORDER

On December 5, 2010, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be dismissed upon filing. Petitioner was advised of his right to object to the Report and Recommendation by December 29, 2010. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 5, 2010, and

(2) DISMISSES petitioner's petition for a writ of habeas corpus upon filing with prejudice.

**IT IS SO ORDERED this 25th day of January, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE